The appeal will be DISMISSED.

---

ED. SWEENY V. H. C. TRAVERSE, Judge.

FRIDAY, JANUARY 30, 1891.

CERTIORARI. Original proceeding.

*W. S. Coen*, for plaintiff.

*W. A. Work* and *J. F. Blake*, for defendant

BECK, C. J.—By a stipulation filed in this case it was agreed that it should be submitted with the case of *Silvers v. Traverse, ante*, p. 52, *certiorari* proceeding commenced in this court, and determined upon the same record and papers, the causes being alike as to facts and principles of law. For the reasons and upon the grounds set out in the opinion in the case referred to, the plaintiff's petition in this case is DISMISSED.